# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Case no. 2:21-cv-12931-SDW-MAH

| | |
|---|---|
| **MICHAEL HONIBALL**, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALL WEB LEADS, INC.**,<br><br>Defendant. | **ORDER**<br><br>So ordered.<br><br>Date: 11/30/21<br><br>*/s/Brian R. Martinotti*<br>**BRIAN R. MARTINOTTI**<br>**United States District Judge** |

## NOTICE OF DISMISSAL

Plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against the defendant. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

DATED this 29th day of November, 2021.

> By: */s/ Stefan Coleman*
> LAW OFFICES OF STEFAN COLEMAN, P.A.
> Stefan Coleman
> law@stefancoleman.com
> 201 S. Biscayne Blvd, 28th Floor
> Miami, FL 33131
> Telephone: 877.333.9427
> Fax: 888.498.8946
>
> *Attorney for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2021, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Stefan Coleman*